
| | |
|---|---|
| James E. Cecchi<br>Lindsey H. Taylor<br>CARELLA, BYRNE, CECCHI,<br>OLSTEIN, BRODY & AGNELLO<br>5 Becker Farm Rd.<br>Roseland, NJ  07068<br>(973) 994-1700 | Eric H. Gibbs<br>Geoffrey A. Munroe<br>GIRARD GIBBS LLP<br>601 California Street, 14th Floor<br>San Francisco, CA  94108<br>(415) 981-4800 |
| Jonathan D. Selbin<br>Jennifer Gross<br>LIEFF, CABRASER,<br>HEIMANN & BERNSTEIN, LLP<br>780 Third Avenue, 48th Floor<br>New York, NY  10017<br>(212) 355-9500 | Lisa J. Rodriguez<br>TRUJILLO RODRIGUEZ<br>& RICHARDS, LLC<br>258 Kings Highway West<br>Haddonfield, NJ  08033<br>(856) 795-9002 |

*Co-Lead and Liaison Counsel for Plaintiffs*

### UNITED STATES DISTRICT COURT
### DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: MERCEDES-BENZ TELE AID CONTRACT LITIGATION | Civil Action No. 07-2720(DRD)<br>MDL NO. 1914<br><br>**NOTICE OF MOTION** |

TO:     All Persons on ECF Service List

**PLEASE TAKE NOTICE** that on such date and time as the Court shall determine, the undersigned counsel for Plaintiffs and the Class shall move before the Honorable Dickinson R. Debevoise, U.S.D.J., at the Martin Luther King, Jr. Federal Building & U.S. Courthouse, 50 Walnut Street, Newark, New Jersey for an Order granting preliminary approval of the settlement between Plaintiffs and Defendants. The Settlement Agreement and Proposed Order for Preliminary Approval of the Settlement Agreement are filed herewith.

The undersigned intend to rely upon the Memorandum of Law, the Settlement Agreement, Exhibit A thereto, and all exhibits to the Settlement Agreement.

The undersigned hereby requests oral argument.

                                  CARELLA, BYRNE, CECCHI,
                                  OLSTEIN, BRODY & AGNELLO
                                  Co-Lead Counsel for Plaintiffs

                      BY:  /s/ James E. Cecchi
                              JAMES E. CECCHI

DATED:  May 3, 2011

| | |
|---|---|
| Jonathan Selbin | Lisa J. Rodriguez |
| Jennifer Gross | TRUJILLO RODRIGUEZ |
| LIEFF, CABRASER, | & RICHARDS, LLC |
| HEIMANN & BERNSTEIN, LLP | 258 Kings Highway East |
| 780 Third Avenue, 48th Floor | Haddonfield, NJ  08033 |
| New York, NY  10017 | (856) 795-9002 |
| (212) 355-9500 | Liaison Counsel for Plaintiffs |

Eric H. Gibbs
Geoffrey A. Munroe
GIRARD GIBBS LLP
601 California Street, 14th Floor
San Francisco, CA  94108
(415) 981-4800

Co-Lead Counsel for Plaintiffs